IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICHOLAS AQUILANTE, : No. 3:23-cv-1865
　　　　Petitioner :
: (Judge Munley)
v. :
:
UNITED STATES OF AMERICA, :
　　　　Respondent :

## ORDER

**AND NOW,** to wit, this 10th day of April 2024, in accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Judge